```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN TOTIN,

                              Plaintiff,

                  -against-

BOND NEW YORK PROPERTIES LLC,
BOND NEW YORK PROPERTIES
BROKERAGE LLC AND BOND NEW YORK
REAL ESTATE CORP.,

                            Defendants.

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**21-CV-2991 (GHW) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

A settlement conference in this matter is scheduled for **Tuesday, September 21, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **September 14, 2021 by 5:00 p.m.**

Dated: New York, New York
       July 26, 2021

                                                SO ORDERED.

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge